**Order entered March 5, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-13-01118-CV

---

## LV HIGHLAND CREDIT FEEDER FUND LLC, ET AL., Appellants

### V.

## HIGHLAND CREDIT STRATEGIES FUND, LP, ET AL., Appellees

---

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 09-08521**

---

## ORDER

We **GRANT** appellees' March 4, 2014 unopposed second motion for an extension of time to file a brief. Appellees shall file their brief on or before April 15, 2014. We caution appellees that no further extension of time will be granted absent extraordinary circumstances.

/s/  ADA BROWN
    JUSTICE